## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF SOUTH CAROLINA
### SPARTANBURG DIVISION

| | |
|---|---|
| Eric Cencich, ) | |
| ) | C.A. No. 7:09-1057-HFF |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CONSENT ORDER OF DISMISSAL** |
| ) | |
| Roechling Automotive Duncan, LLP, ) | |
| ) | |
| Defendant. ) | |

The parties appeared before the Court, upon consent and having reached a compromise, requesting that the Court dismiss the above-captioned matter with prejudice.

IT IS HEREBY ORDERED that the above-captioned matter be dismissed with prejudice and any further action thereon being forever barred.

AND IT IS SO ORDERED.

s/Henry F. Floyd
The Honorable Henry F. Floyd
United States District Judge

March 23, 2010
Spartanburg, South Carolina

**WE SO MOVE:**

| | |
|---|---|
| s/John P. Mann, Jr. | s/Christine Gantt-Sorenson |
| John P. Mann, Jr., FED ID # | Christine Gantt Sorenson, FED ID # 05833 |
| MANN LAW FIRM, PA | HAYNSWORTH SINKLER BOYD, P.A. |
| 512 E. North Street | P.O. Box 2048 |
| Greenville, SC 29601 | Greenville, SC 29602 |
| (864) 243-8358 | (864) 240-3200 |
| Attorneys for Plaintiff | Attorneys for Defendants |